IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § | |
| VS. | § § | CASE NO. 9:20-cv-00172-MJT |
| LEARJET 31A BEARING SERIAL NUMBER 080 AND ASSIGNED AND DISPLAYING REGISTRATION/TAIL NUMBER N260RC | § § § § | |

**SUPPLEMENT TO DEFENDANT'S MOTION TO DISMISS
PURSUANT TO RULE 12(b)(6)**

TO THE HONORABLE JUDGE OF SAID COURT:

The State's pleading is clear that the sole basis for its forfeiture action is that the aircraft is owned through a non-citizen trust. The emails attached as **Exhibit A** recently produced by the State underscore and confirm that the State alleges no other basis for forfeiture. These emails also confirm that Polk County law enforcement intends to seize "MANY" aircraft legally and legitimately owned through non-citizen trusts in an unlawful attempt to pursue forfeiture actions to raise revenue at auction.

The non-citizen trust ownership structure is entirely legal and regulated by the FAA. Aircraft ownership through a non-citizen trust is neither a criminal act, nor grounds for civil forfeiture. Accordingly, the State has failed to state a claim upon which relief can be granted, and the Court should dismiss this action pursuant to Rule 12(b)(6) and order the aircraft to be released immediately.

Respectfully submitted,

**MARTIN & DROUGHT, P.C.**
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, TX 78205
Telephone: (210) 227-7591
Telecopier: (210) 227-7924

By: _____
GERALD T. DROUGHT
State Bar No. 06134800
gdrought@mdtlaw.com
MATHIS B. BISHOP
State Bar No. 24045500
mbishop@mdtlaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Tommy L. Coleman
Assistant Criminal District Attorney
Polk Co. District Attorney's Office
101 West Mill Street, Ste. 247
Livingston, TX 77351
Email: tcoleman@polkcountyda.com

_____
GERALD T. DROUGHT
MATHIS B. BISHOP

beau.price@co.polk.tx.us <beau.price@co.polk.tx.us>   10/27/2020 2:12 PM

## FW: RE: Information

To Tommy Coleman <tcoleman@polkcountyda.com>

-----Original Message-----
From: beau.price@co.polk.tx.us
Sent: Tuesday, March 31, 2020 8:26am
To: Thomas McMenamin
Subject: RE: Information

Hello Tom,

Hope yall are doing well with all this virus crap. We got delayed on our 2 Brownsville jets, but looks like we may be ready to physically seize them both as early as next week. Can you send me over a document with your letterhead, bonding info, and some type of rough price agreement, something to put us in the ballpark. I want to get it approved prior to getting these seizures signed. The jets are a 1993 learjet31 N260RC and 1990 Cessna 560 Citation Jet N569LM. neither were "dope" jets, both used for personal transport, so they don't look gutted out. This price should include picking them up with us in Brownsville, storing them at your facility, any maintenance, and auction fee.

Thanks again, be safe,

Beau Price
CDR SETEIG
15109 *Heathrow Forest Parkway*,. Suite 170, Houston, TX 77032

-----Original Message-----
From: Thomas McMenamin
Sent: Wednesday, February 26, 2020 9:41am
To: beau.price@co.polk.tx.us
Subject: Information



P.7

Morning Beau,

   As a follow up how formal an agreement do you need? Any ideas that will keep the powers to be happy would be greatly appreciated. Below is the contact information for me and address, etc.

Best Regards,

Tom

**Thomas J. McMenamin IV**
President

RISK MONDIAL, INVESTIGATIONS & RECOVERY
1001 W. Cypress Creek Road
Suite #103
Ft. Lauderdale, Florida 33309-1947



www.riskmondial.com

FL/PI License A 2300059
(954) 489-2444 Office
(954) 489-5777 Fax
(305) 799-9690 Cell



CONFIDENTIALITY WARNING!!! This electronic message contains information which may be privileged and/or confidential. This information is intended for the exclusive use of the individual(s), entity, or persons named or indicated above. Any unauthorized access, disclosure, copying, distribution, or use of any parts of the contents of this message/information is strictly prohibited by federal law. Any attempts to intercept this message are in violation of Title 18 U.S.C. 2511(1) of the Electronic Communications Privacy Act (ECPA). All violators are subject to fines, imprisonment or civil damages, or both.
🌱 Please consider the environment before printing this.

beau.price@co.polk.tx.us <beau.price@co.polk.tx.us>

## FW: RE: RE: Texas question

To Tommy Coleman <tcoleman@polkcountyda.com>

10/27/2020 2:16 PM

-----Original Message-----
From: beau.price@co.polk.tx.us
Sent: Tuesday, July 7, 2020 9:35am
To: Thomas McMenamin
Cc: 'Paul Mack'
Subject: RE: RE: Texas question

Good to hear from you Tom!

I will try to work the Harris County jet in a manner so that it can be stored in Miami, but ultimately it will be up to the prosecutor. Polk Co. hasn't seized one before, so I think they are being very cautious with these first 2. We anticipate MANY more through them, so maybe we can adapt the process as we go.

I hope to hear something today in regards to the actual day of seizure, hoping it's this week.

Be safe,
Beau

-----Original Message-----
From: Thomas McMenamin
Sent: Monday, July 6, 2020 9:56am
To: beau.price@co.polk.tx.us
Cc: 'Paul Mack'
Subject: RE: RE: Texas question

P.43

No Problem Beau, I have several places in Texas, but as stated, I would rather bring the Houston plane here if possible, I know the others you want to stay in Texas

Best Regards,

Tom

**Thomas J. McMenamin IV**
President

RISK MONDIAL, AVIATION & RECOVERY
1001 W. Cypress Creek Road
Suite #103
Ft. Lauderdale, Florida 33309-1947



www.riskmondial.com

FL/PI License A 2300059
(954) 489-2444 Office
(954) 489-5777 Fax
(305) 799-9690 Cell



CONFIDENTIALITY WARNING!!! This electronic message contains information which may be privileged and/or confidential. This information is intended for the exclusive use of the individual(s), entity, or persons named or indicated above. Any unauthorized access, disclosure, copying, distribution, or use of any parts of the contents of this message/information is strictly prohibited by federal law. Any attempts to intercept this message are in violation of Title 18 U.S.C. 2511(1) of the Electronic Communications Privacy Act (ECPA). All violators are subject to fines, imprisonment or civil damages, or both.
Please consider the environment before printing this.

**From:** beau.price@co.polk.tx.us [mailto:beau.price@co.polk.tx.us]
**Sent:** Tuesday, June 30, 2020 9:02 PM
**To:** Thomas McMenamin
**Cc:** Paul Mack
**Subject:** FW: RE: Texas question

P.44